Florence B. Friedlander, Appellant, v. William T. Friedlander, Defendant, and Ethel E. Friedlander, Respondent.— Order, in so far as appealed from, reversed, without costs, on the authority of *Stivers* v. *Wise* (18 App. Div. 316). Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

John P. Ghee, Respondent, v. Joseph Wagner, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred.

Edward P. Hampson and Stonewall J. Lenher, Copartners, Transacting Business under the Firm Name and Style of The Edward P. Hampson Company, Respondents, v. James A. Smith and Others, Defendants, Impleaded with Patrick Skelly, Appellant.— Judgment affirmed, with costs, on the authority of *Tinsley* v. *Smith* (*ante*, p. 708), decided herewith. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Frank D. Heyward and Georgie Anna McDonald, Respondents, v. Reuben L. Maynard, Appellant.— Reargument ordered and case set down for Monday, January 28, 1907. Present — Jenks, Hooker, Rich and Miller, JJ.

In the Matter of Judgment Moneys Recovered in Action of Count W. Weeks, Plaintiff, v. E. Holloway Coe, as Executor of the Estate of E. Frank Coe, Deceased, Defendant. Oakley Weeks, Appellant; Henry M. Whitehead, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Pauline Jacobs, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Joseph Laing, Respondent, v. John Shea, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Patrick Langford, Respondent, v. Edward B. Tompkins and Robert C. Fisher, Partners Doing Business under the Firm Name of Robert C. Fisher & Company, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Long Island Realty Company, Appellant, v. Brooklyn and Long Island Realty Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

James Maguire and Paul Maguire, Respondents, v. The City of New York, Appellant.— Reargument ordered and case set down for Tuesday, January 22, 1907. Present — Woodward, Jenks, Hooker and Rich, JJ.

Mary E. Mallory, Appellant, v. Brooklyn Union Gas Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Mary Teresa McCabe, Appellant, v. Thomas J. Lynch and William F. Lynch, Individually and as Trustees under the Last Will and Testament of John Lynch, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Alice McPhillips, as Administratrix, etc., of James McPhillips, Deceased, Respondent, v. New York City Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Mary Moore, Appellant, v. Westchester Electric Railroad Company, Respondent.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Rich and Miller, JJ., concurred, Woodward and Hooker, JJ., dissented.

Carrie O. Paul, by Amelia Clendenan, Her Guardian ad Litem, Respondent, v. St. Lawrence Life Association, Appellant.— Judgment of the Municipal Court